SEND

FILED
CLERK, U.S. DISTRICT COURT

APR - 8 2005

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Joseph Genova | CASE NUMBER: |
|---|---|
| Plaintiff(s), | CV 05-2017 WMB (JWJx) |
| v. | |
| County of Los Angeles, et al | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 224 (Related Cases) |
| Defendant(s). | |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 224.

_____4/5/05_____          _____Audrey B. Collins_____
Date                         United States District Judge

It appearing that the above-entitled case is properly transferable in accordance with the provisions of General Order 224.

IT IS HEREBY ORDERED that this case is transferred to the calendar of Judge ___Collins___ for all further proceedings.

_____April 7, 2005_____          _____Wm. Matthew Byrne, Jr._____
Date                                United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to/from my calendar for the reasons set forth: _____

_____          _____
Date                             United States District Judge

**REASON FOR TRANSFER AS INDICATED BY COUNSEL**: Case _CV 00-11110 ABC (JWJx)_ and the present case:
- ☒ A.  appear to arise from the same or substantially identical transactions, happenings or events.
- ☐ B.  involve the same or substantially the same parties or property.
- ☐ C.  involve the same patent, trademark or copyright.
- ☒ D.  call for determination of the same or substantially identical questions of law and fact.
- ☒ E.  likely for other reasons may entail unnecessary duplication of labor if heard by different judges.

**NOTICE TO COUNSEL FROM CLERK**:
Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____NA_____ to Magistrate Judge _____NA_____.

On all documents subsequently filed in this case, please substitute the initials _ABC(JWJx)_ after the case number in place of the initials of the prior judge, so that the case number will read _CV 05-2017 ABC (JWJx)_. This is very important because documents are routed to the assigned judges by means of these initials. The case file, under seal documents, exhibits, docket, transcripts or depositions may be viewed at the ☒ Western ☐ Southern ☐ Eastern Division.

**Subsequent documents must be filed at the ☒ Western ☐ Southern ☐ Eastern Division.
Failure to file at the proper location will result in your documents being returned to you.**

CV-34 (01/05)          ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 224 (Related Cases)

APR - 4 2005                                      ENTERED ON CM 4/8/05